# Exhibit A

# comcast

| TECHNICIAN | JOB DESCRIPTION | JOB |
|---|---|---|
| 7837 | F/G | 851-339 |
| SALES REP | ORDER NUMBER | PRINT DATE |

| SERVICE NAME AND ADDRESS | HOME PHONE | DATE | TIME | UNITS | CATG. | REPRINT |
|---|---|---|---|---|---|---|
| Martin, Nicholas | 630-███-3271 | 7-27-10 | 7-10 | | | |
| | WORK PHONE | CUSTOMER NUMBER | | CALL FIRST | | PRINT ID |
| CH. IL 60613 | | | | | | |
| REQUESTOR | ORDER REASONS | | | | | |

ACC # ████████ / IP ████████

0015968C████

PHONE #
773-███-████

TAP - PORT
26      2
H  14.4
L  12.0
MER 34.28      7/1 = 15.2
BER 4.40E-03
     1.124E+09
UP  <16.5
DN +12.
SNR 35.

USERNAME ████████

PASSWORD ████████

NO DAMAGE
TO
PROPERTY

_[signature]_

| Levels | Tap | GB | CPF | TAG NO. | | TROUBLE CALL REASONS | |
|---|---|---|---|---|---|---|---|
| High | 13.█ | N/W | | TAG NO. 7547826 | | | |
| Low | 10.█ | | | TAG NO. | | | |

| COMPLETION | | WE'RE ON TIME | | COMPLETE CODES | CLI LEVELS | Cable Guard (In Home Wiring Maintenance) is available for a monthly fee. |
|---|---|---|---|---|---|---|
| DATE | TECH | START | STOP | | | Accept ☐ Decline ☐ Customer Initials |
| 7-27-10 | 7837 | 8:12 | 9:10 | CI-G5B | | |

VOD Test  N/A    Welcome Kit  N/A

WORK DESCRIPTION

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of service, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s). I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s). If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s). I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving.

IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE ON THE BACK.

Rv. 8/08 CDV    AN EQUAL OPPORTUNITY EMPLOYER