# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Nicholas Martin

                                Plaintiff,

v.                                                      Case No.: 1:11–cv–06828
                                                        Honorable William J. Hibbler

Credit Protection Association LP

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2011:

     MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 12/6/2011 regarding motion for judgment on the pleadings [13]. Defendant's Motion for judgment on the pleadings or, in the alternative, to strike the class definition [13] is taken under advisement. Plaintiffs to respond by 1/17/2012. Defendant to reply by 1/31/2012. Ruling by mail. Status hearing held on 12/6/2011 and continued to 2/28/2012 at 9:30 AM. The Court adopts the joint discovery schedule. Parties to comply with FRCP 26(a)(1) by 12/9/2011. Parties given to and including 2/29/12 to amend all pleadings and to add any additional parties. Discovery ordered closed by 5/31/2012. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.