**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Nicholas Martin
                        Plaintiff,

v.                                        Case No.: 1:11–cv–06828
                                              Honorable Matthew F. Kennelly

Credit Protection Association LP
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 5, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion to compel [30] is denied without prejudice. Joint status report is to be filed by 6/19/2012. Status hearing set for 6/14/2012 is vacated and reset to 6/21/2012 at 9:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.