IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>　　Plaintiff,<br><br>　　v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br>　　Defendant. | )<br>)<br>)　1:11-cv-6828<br>)<br>)　Judge Kennelly<br>)<br>)<br>)<br>)<br>) |

## RULE 41 STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by all of the parties having appeared in the above-captioned action, that this action be dismissed with prejudice, with each party to bear its own costs. This dismissal shall be without prejudice to claims of any members of the putative, uncertified, class

Nicholas Martin

By: /s/Alexander H. Burke
By: Alexander Burke
One of plaintiff's attorney
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288


Credit Protection Association, L.P.

By: /s/Justin M. Penn
One of defendant's attorneys
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000