# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Nicholas Martin

                                       Plaintiff,

v.                                                     Case No.: 1:11−cv−06828
                                                            Honorable Matthew F. Kennelly

Credit Protection Association LP

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 23, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, plaintiff's claims are dismissed with prejudice and without costs. This dismissal is without prejudice to the claims of any members of the putative class.Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.